against Edmond J. Butler, as tenement house commissioner of the city of New York. No opinion. Reargument ordered, and case set down for Tuesday, June 18, 1907.

PEOPLE ex rel. EMPIRE CITY TROTTING CLUB, Appellant, v. STATE RACING COMMISSION et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of the Empire City Trotting Club, against the state racing commission and others.

PER CURIAM. There is no discretion in the court to grant a writ contrary to law. Motion denied.

PEOPLE ex rel. EMPIRE CITY TROTTING CLUB, Appellant, v. STATE RACING COMMISSION et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of the Empire City Trotting Club, against the state racing commission and others.

PER CURIAM. Motion for stay denied.

JENKS and RICH, JJ., dissent.

PEOPLE ex rel. EWING, Appellant, v. HAFFEN, Borough President, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Proceedings by the people of the state of New York, on the relation of William B. Ewing, against Louis F. Haffen, as borough president, etc. H. Swain, for appellant. R. H. Mitchell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. FLATBUSH GAS CO., Respondent, v. COLER, Borough President, et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 9, 1907.) Proceedings by the people of the state of New York, on the relation of the Flatbush Gas Company, against Bird S. Coler, as president of the borough of Brooklyn, and others.

PER CURIAM. Order affirmed, with costs, upon the opinion of Mr. Justice Crane. 103 N. Y. Supp. 590.

PEOPLE ex rel. INTERNATIONAL ELEVATING CO. v. MILLER, Comptroller. (Supreme Court, Appellate Division, Third Department. June 25, 1907.) Certiorari, on relation of the International Elevating Company, to review the determination of Nathan L. Miller, Comptroller of the State, assessing the good will of relator for taxation. Determination confirmed.

PER CURIAM. Determination confirmed, with $50 costs and disbursements.

COCHRANE, J. (dissenting). In People ex rel. A. J. Johnson Company v. Roberts, as Comptroller, 159 N. Y. 70, 53 N. E. 685, 45 L. R. A. 126, and People ex rel. Victor Koechl & Co. v. Morgan, as Comptroller, 96 App. Div. 110, 88 N. Y. Supp. 1066, affirmed on opinion below 183 N. Y. 574, 76 N. E. 1105, it was held that the good will of a foreign corporation, when constituting a part of its capital employed

105 N.Y.S.—72

within this state, is taxable under section 182 of the tax law (Laws 1896, p. 856, c. 908). In both of those cases, however, it appeared that the good will existed and had a value within this state. In this case a part of the capital of the relator was issued in the year 1894, for the good will of different companies or individuals, who sold out to the relator when the latter was organized. No other fact appears in reference thereto. Non constat none of those companies or individuals ever did any business within the state of New York. It does not appear that any of this good will now represents or ever represented any taxable capital. The relator is only taxable for "capital employed by it within this state." Tax Law, § 182. The greater part of the tax herein was levied by the Comptroller on the good will of the relator, which, so far as the evidence discloses, constitutes no part of its capital thus employed, and to that extent I think the determination of the Comptroller was erroneous.

PEOPLE ex rel. KATZ v. BINGHAM, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 24, 1907.) Proceedings by the people of the state of New York, on the relation of Louis Katz, against Theodore A. Bingham, as commissioner. J. H. Rogan, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. MORRELL v. DOLD. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Proceedings by the people of the state of New York, on the relation of Jas. W. Morrell, against William E. Dold. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE ex rel. MORRELL, Appellant, v. DOLD, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Proceedings by the people of the state of New York, on the relation of James W. Morrell, against William E. Dold. L. F. Fish, for appellant. C. E. Lydecker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. O'KEEFE, Appellant, v. BINGHAM. Com'r, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Proceedings by the people of the state of New York, on the relation of Rose O'Keefe, against Theodore Bingham, as commissioner. M. D. Moss, for appellant. T. Farley, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. RHINELANDER et al. v. FEITNER et al. (two cases). (Supreme Court, Appellate Division, First Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of William Rhinelander and others, against Thomas L. Feitner and others. No opinion. Orders affirmed, with costs and disbursements. Orders filed. See 104 N. Y. Supp. 794.